## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| John Doe, | Civ. Action No. 1:25-cv-00826 |
| Plaintiff, | |
| v. | |
| InformData, LLC f/k/a Wholesale Screening Solutions, LLC, | |
| Defendant. | |

### PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

The Plaintiff, John Doe, moves for an Order granting leave to proceed under pseudonym.

For the reasons explained in the accompanying Memorandum in Support of this motion, and in the

interest of justice, leave should be granted.

The Plaintiff has supplied a proposed order herewith.


_____/s/_____
Susan Mary Rotkis
VSB 40693
AZ Bar 032866
Consumer Justice Law Firm PLC
2290 East Speedway Blvd.
Tucson, AZ 85719
T:602-807-1504
F: (480) 613-7733
E: srotkis@consumerjustice.com

*Attorneys for Plaintiff*
*John Doe*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 13, 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system. I will serve the Motion and Memorandum in Support on Defendant together with the Complaint since no party other than Plaintiff has yet to enter an appearance.

_____/s/_____
Susan Mary Rotkis
VSB 40693
AZ Bar 032866
Consumer Justice Law Firm PLC
2290 East Speedway Blvd.
Tucson, AZ 85719
T:602-807-1504
F: (480) 613-7733
E: srotkis@consumerjustice.com

*Attorneys for Plaintiff*
*John Doe*