# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| John Doe,<br><br>        Plaintiff,<br><br>v.<br><br>InformData, LLC f/k/a Wholesale Screening Solutions, LLC,<br><br>        Defendant. | Civ. Action No. 1:25-cv-00826 |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

Before the Court is the Plaintiff's Motion for Leave to Proceed under Pseudonym (Dkt. 3). Having considered the matter, and deeming that it is proper and just to do so, it is hereby **ORDERED** that the Motion to Proceed in Pseudonym is hereby **GRANTED**.

It is further **ORDERED**, the Plaintiff shall hereafter be referred to by the pseudonym "John Doe," for purposes of this action.

Let the Clerk of the Court docket this action as John Doe v. InformData, LLC f/k/a Wholesale Screening Solutions, LLC.

**SO ORDERED**

Dated: May 15, 2025

*William Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE