**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

John Doe,

        Plaintiff,

    v.

InformData, LLC f/k/a Wholesale
Screening Solutions LLC,

        Defendant.

Civil Action No. 1:25-cv-00826

Hon. Rossie D. Alston, Jr.

**DEFENDANT INFORMDATA, LLC'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of this Court, Defendant InformData, LLC ("InformData") provides the following disclosures: InformData is a private equity-owned company organized and existing under the laws of Delaware. InformData is wholly owned by InformData Holdings, LLC, which in turn is wholly owned by Screening Parent, LLC, and Screening Parent, LLC is wholly owned by Screening Holdco, LLC. Numerous entities or individuals confidentially have a direct or indirect interest in Screening Holdco, LLC. The identities of most of these companies and individuals are outside of InformData's present possession, custody, or control. However, none of them directly invest in InformData, and they play no role in any decisions or funding regarding this litigation. No publicly held corporation owns ten percent or more of InformData's stock.

Respectfully submitted,

By: */s/ Carmen Longoria-Green*

Carmen Longoria-Green
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Tel: (202) 263-5282
clongoriagreen@mayerbrown.com

Charles E. Harris, II (pro hac vice forthcoming)
Anastasiya Lobacheva (pro hac vice forthcoming)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 782-0600
charris@mayerbrown.com
alobacheva@mayerbrown.com

*Attorneys for Defendant InformData, LLC*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served upon the following known counsel and the parties of the record this 17th day of June 2025, via the CM/ECF system:

*/s/ Carmen Longoria-Green*